UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DIANA LYNN CARPENTER,

Plaintiff,

v.

NORTHWEST AIRLINES, INC.,

Defendant.

Civil 00-2490 (ADM/AJB)

**ORDER**

Plaintiff has filed a complaint alleging that Defendant violated her rights under the federal Equal Employment Opportunity Act. (Docket No. 1.) Her complaint was accompanied by an application for leave to proceed in forma pauperis, ("IFP"), (Docket No. 2), which is now before the Court.

Plaintiff's IFP application shows that she is currently employed, and that she earns nearly $20 per hour. The IFP application further indicates that during the past twelve months Plaintiff has received certain unexplained earnings from a "business, profession or other self-employment," as well as "disability or workers compensation payments." (IFP Application, ¶ 3.) In addition, Plaintiff owns a car and a home valued at $133,000. Plaintiff represents that she has no dependants, and it does not appear that she has any other unusual debts or financial responsibilities.

In light of Plaintiff's income and assets, the Court cannot conclude that she is currently indigent. She has not adequately explained why she cannot pay the filing fee and costs of service of process using the income and assets that are available to her. Plaintiff's IFP application will therefore be DENIED.

FILED NOV 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

However, Plaintiff will be given an opportunity to pay the normal $150 filing fee, and if she chooses to do so, she will be allowed to pursue her claims as a non-IFP litigant. If Plaintiff pays the $150 filing fee within twenty (20) days after the date of this Order, the action will be allowed to proceed. If she fails to pay the full amount of the filing fee within the time allowed, it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's IFP Application, (Docket No. 2), is **DENIED;** and

2. Plaintiff shall pay the full filing fee of $150 within twenty (20) days after the date hereof, failing which it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: 11/15, 2000

ARTHUR J. BOYLAN
United States Magistrate Judge