UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DIANA LYNN CARPENTER,

Plaintiff,

v.

NORTHWEST AIRLINES, INC.,

Defendants.

Civil No. 00-2490 ADM/AJB

ORDER

---

WHEREAS, Plaintiff has retained the date of May 31, 2001, at 2:30 p.m., on this Court's calendar for a motion to amend the complaint, and

WHEREAS, Defendant's motion to dismiss was taken under advisement by the Honorable Ann D. Montgomery on May 9, 2001,

IT IS HEREBY ORDERED THAT Plaintiff's motion to amend has been removed from this Court's calendar until a ruling has been made on Defendant's motion to dismiss.

Dated: 5/17/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed MAY 17 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______