UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DIANA LYNN CARPENTER,

Plaintiff,

v.

NORTHWEST AIRLINES, INC.,

Defendants.

Civil No. 00-2490 ADM/AJB

ORDER

---

WHEREAS, this Court had previously stricken from the Court's calendar a motion by plaintiff to amend her complaint, and

WHEREAS, said Order further provided that the motion had been removed until a ruling had been received on defendant's motion to dismiss, and

WHEREAS, the Court is now in receipt of the District Court's Order denying defendant's motion,

NOW THEREFORE, IT IS HEREBY ORDERED that the plaintiff may bring a motion to amend her complaint. Any motion and supporting documents shall be served upon the defendant at least 14 days prior to the date which plaintiff sets for the hearing.

Dated: 6/13/01

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

Plaintiff shall endeavor to contact the Court's calendar clerk, Kathy Thobe, at

Filed JUN 13 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

(651) 848-1210, and obtain a date for a hearing on her motion to amend the complaint. When contacting Ms. Thobe, the plaintiff should include defendant's attorney on the telephone on a conference call basis to ensure that the date obtained is available on defense attorney's calendar.

AJB