**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Diane Lynn Carpenter, Civil No. 00-2490 ADM/AJB

Plaintiff,

v.

**ORDER ON MOTION TO COMPEL DISCOVERY**

Northwest Airlines, Inc.,

Defendant.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on defendant's motion compel production of documents and motion for an order requiring plaintiff to provide executed authorizations for release of medical records [Docket No. 26]. Hearing was held on August 1, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Tracy J. Van Steenburgh, Esq., appeared on behalf of the defendant. Plaintiff Diana Lynn Carpenter appeared pro se.

Based upon the file and documents contained therein, along with memorandums, affidavits and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to compel discovery is **granted** as provided herein [Docket No. 26]. The required materials shall be provided to defendant on or before August 10, 2001.

2. Plaintiff shall provide defendant with all documents identified in her disclosures pursuant to Fed. R. Civ. P. 26(a) which are in her possession. Disclosed documents which plaintiff identifies as being in her possession include EEOC District Office information



FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

filed by defendant and obtained through the Freedom of Information Act, a video tape, and unspecified documents.

3. Plaintiff shall further provide plaintiff with executed authorization for release of medical information by the Mayo Clinic and plaintiff's treating physician. Plaintiff is not required to authorize release of information by her spiritual counselor, but shall not be permitted to call such counselor as a witness in the trial of this matter.

4. Pursuant to agreement at hearing, defendant shall provide plaintiff with her personnel file and a copy of the internal EEOC complaint.

Dated: 8/2/01

Arthur J. Boylan
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500