**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Diane Lynn Carpenter,

Plaintiff,

v.

Northwest Airlines, Inc.,

Defendant.

Civil No. 00-2490 ADM/AJB

**ORDER STRIKING MOTION TO COMPEL DISCOVERY**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, United States Courthouse, 316 No. Robert St., St. Paul MN 55101, on plaintiff's Motion to Compel Defendant Answers to Plaintiff's Interrogatories and Bring all Documents [Docket No. 29]. Plaintiff Diana Lynn Carpenter is pro se. Defendant is represented by Tracy J. Van Steenburgh, Esq.

Plaintiff's motion to compel was filed with the Court on August 1, 2001. The motion seeks supplementation of responses to interrogatories to which defendants had previously objected on vagueness or other grounds. Plaintiff did not schedule hearing on her motion prior to filing and has not since scheduled a hearing and has not advised the Court that hearing would not be requested and the matter could be decided on the documents. The motion is not accompanied by a notice of motion, and the Court's file contains no evidence of service of the motion on defendant. Defendant has not responded to the motion. The motion is not in the form mandated by District of Minnesota Local Rule 37.2, therein requiring a specification of the discovery in dispute and a verbatim recitation of each interrogatory, request, answer, response and objection which is the subject of the motion, and the motion is not accompanied by a certification that the



OCT 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

movant has in good faith conferred or attempted to confer with defense counsel in an effort to resolve the particular matters at issue in the motion without Court action as required under Local Rule 37.1. There has been essentially no action taken by plaintiff with respect to this motion since the date of filing.

Based upon the foregoing circumstances, **IT IS HEREBY ORDERED THAT** plaintiff's Motion to Compel Defendant Answers to Plaintiff's Interrogatories and Bring all Documents is **hereby stricken** [Docket No. 29].

Dated: 10/19/01

Arthur J. Boylan
United States Magistrate Judge