UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diana Lynn Carpenter,

Plaintiff, Civil 00-2490 ADM/AJB

v.

Northwest Airlines, Inc.

Defendant.

COST JUDGMENT

The costs of the Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 991.05 | $ 991.05 |
| Fees for exemplification of copies | $ 44.11 | $ 44.11 |
| Costs as shown on Mandate of Court of Appeals | $ 255.90 | $ 255.90 |
| Other costs | $ 90.84 | $ 46.84 |
| TOTAL: | $ 1,381.90 | $ 1,337.90 |

Costs, therefore, are taxed in the sum of One Thousand Three Hundred Thirty-Seven Dollars and 90/100 ($1,337.90) in favor of Defendant and against Plaintiff and judgment is entered accordingly.

Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of December 13, 2002.

RICHARD D. SLETTEN, CLERK

By Amy Leonetti
Amy M. Leonetti
Law Clerk

DEC 1 3 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK