UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diana Lynn Carpenter,

Plaintiff,

v.

**ORDER**
Civil No. 00-2490 ADM/AJB

Northwest Airlines, Inc.,

Defendant.

---

This matter comes before the undersigned United States District Judge on the Bill of Costs [Docket No. 55] submitted by Defendant Northwest Airlines, Inc., and the Objections to the Cost Judgment [Docket No. 61] of Plaintiff Diana Lynn Carpenter. Federal Rule of Civil Procedure 54(d)(1) allows the prevailing party to recover costs other than attorneys' fees, and such costs are taxable pursuant to 28 U.S.C. §§ 1920, 1923 and 1924. Plaintiff objects to the Cost Judgment for various reasons related to financial hardship. The costs sought are not attorneys' fees, and after reviewing Plaintiff's objections, Defendant is still entitled to entry of a cost judgment. Firefighter's Institute for Racial Equality ex rel. Anderson v. City of St. Louis, 220 F.3d 898, 905 (8th Cir. 2000) (holding that costs allowed by statute or the Federal Rules of Civil Procedure are properly awarded to a prevailing party by the District Court).

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that a cost judgment is entered against Plaintiff Diana Lynn Carpenter in the amount of $1,337.90, the amount allowed by the Clerk of Court's Cost Judgment.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: January 30, 2003

FILED 1-30-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-30-03
DEPUTY CLERK